IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PAUL A. WHITE,
Reg. #02272-045                                                              PLAINTIFF

v.                          No. 2:14-cv-60-DPM

UNITED STATES OF AMERICA                          DEFENDANT

ORDER

Despite three extensions, White hasn't filed a response to Defendant's motion for summary judgment. № 29, 33, & 37. The time to do so has passed. This case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2015