IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PAUL A. WHITE,
Reg. #02272-045                                                          PLAINTIFF

v.                            No. 2:14-cv-60-DPM

UNITED STATES OF AMERICA                          DEFENDANT

JUDGMENT

White's complaint and amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2015