IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PAUL A. WHITE,
Reg. #02272-045                                                          PLAINTIFF

v.                              No. 2:14-cv-60-DPM-JTR

UNITED STATES OF AMERICA                                DEFENDANT

ORDER

Motion, № 42, granted for good cause. The motion is timely under the mailbox rule. The Court vacates its 27 October 2015 Order and Judgment, № 40 & 41, and directs the Clerk to reinstate the United States' motion for summary judgment, № 20. The Court refers this case back to Magistrate Judge Ray for further proceedings and a recommendation.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2015