IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PAUL A. WHITE  PLAINTIFF
Reg. #02272-045

v.  No. 2:14-cv-60-DPM

UNITED STATES OF AMERICA  DEFENDANT

ORDER

1. White hasn't objected to the pending recommendation. Instead, his mail is being returned because he hasn't updated his address with the Clerk. № 46.

2. Unopposed recommendation, № 45, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The United States' motion for summary judgment, № 20, is granted. White's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2016